**EXHIBIT A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NATSUNO KOBATAKE, on behalf of himself &     DOCKET NO.: 11-CV-6108
Others similarly situated,

                     Plaintiff,            STIPULATION OF DISMISSAL
                                                   WITH PREJUDICE
       -v-

KC NETWORKS CORP., d/b/a "Karaoke
Shout," TOSHIHIKO KIDA & TAKUYA KIDA,

                     Defendants.
-----------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above-captioned action, through the undersigned counsel, that the action (and all claims and causes of action that were or could have been asserted in it) be withdrawn, discontinued and dismissed, with prejudice in accordance with Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

_/s/ James Montgomery_                                      Dated: May 14, 2012
James Montgomery, Esq.
267 Fifth Avenue, Suite 810
New York, New York 10016
O:     (212) 889-9828
Fax:  (212) 889-9818
Email: james@lawjames.com
*Attorney for Plaintiff*

_/s/ David B. Feldman_                                         Dated: 5/14, 2012
David B. Feldman
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
O:     (212) 554-7635
Fax:  (212) 377-6068
Email: dfeldman@mosessinger.com             s/Sterling Johnson
*Attorneys for Defendants*

                                         SO ORDERED
                                                              U.S.D.J.
                                                             4/8/13

895075v1 099999.0011